UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Dunniven Orlando Phelps,

                          Plaintiff,

vs.

Turn Key Health Clinics, LLC; Richard Dutra; Patty Buchanan, LPN; Amanda Gann, RN; and Vic Regalado,

                          Defendants.

Case No.: 21-cv-365-GKF-JFJ

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:
    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

<u>                         TURN KEY HEALTH CLINICS, LLC                        </u>
[name of party]

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one) ☐ YES ☒ NO

2. **Does party have any parent corporations?**

    (Check one) ☒ YES ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC.

    The parent corporations are not publicly-held corporations.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one) ☐ YES ☒ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)   ☐ YES   ☒ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one)   ☐ YES   ☒ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 12th day of October, 2021.

Signature: /s/Jo Lynn Jeter

Printed Name: Jo Lynn Jeter

Bar Number: 20252

Firm Name: Norman Wohlgemuth, LLP

Address: 401 S. Boston Ave., Suite 3200

City, State, Zip Code: Tulsa, OK  74103

Phone/Fax: 918-583-7571 / 918-584-7846

Email Address: JJeter@NWLawOK.com

# CERTIFICATE OF SERVICE

I hereby certify that on     October 12, 2021     (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Daniel E. Smolen
Robert M. Blakemore

I hereby certify that on                        (Date), I served the same document by

☐ U.S. Postal Service      ☐ In Person Delivery

☐ Courier Service      ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/s Jo Lynn Jeter
Signature