IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DUNNIVEN ORLANDO PHELPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-365-GKF-JFJ |
| | ) | |
| TURN KEY HEALTH CLINICS, LLC, | ) | |
| RICHARD DUTRA, | ) | |
| PATTY BUCHANAN, LPN, | ) | |
| AMANDA GANN, RN, | ) | |
| VIC REGALADO, in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Unopposed Second Motion for Extension of Time to Answer or Otherwise Plead (Doc. 19), filed by Defendant Vic Regalado, in his official capacity as Sheriff of Tulsa County. For good cause shown, the Second Unopposed Motion for Extension of Time Answer or Otherwise Plead, without waiving any defenses to include those enumerated in FED. R. CIV. P. 12(b), should be and is hereby GRANTED. Defendant Vic Regalado shall have until on or before November 18, 2021, to answer or otherwise plead.

IT IS SO ORDERED this 10th day of November, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE