## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DUNNIVEN ORLANDO PHELPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-365-GKF-JFJ |
| | ) | |
| TURN KEY HEALTH CLINICS, LLC, | ) | |
| RICHARD DUTRA, | ) | |
| PATTY BUCHANAN, LPN, | ) | |
| AMANDA GANN, RN, | ) | |
| VIC REGALADO, in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
## DEADLINE TO FILE HIS RESPONSE TO
## <u>DEFENDANT RICHARD DUTRA'S MOTION TO DISMISS</u>

Before the Court is Plaintiff's Partially Unopposed Motion to Extend Deadline to File his Response to Defendant Richard Dutra's Motion to Dismiss by seven (7) days (Dkt. 25).  For good cause shown, the Court finds that the motion should be and is hereby granted.

IT IS THEREFORE ORDERED that Plaintiff has until December 1, 2021, to file his Response to Defendant Richard Dutra's Motion to Dismiss.  Defendant's reply, if any, may be filed on or before December 15, 2021.

DATED this 29th day of November, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE