## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Dunniven Orlando Phelps,** | |
| **Plaintiff(s),** | |
| vs. | Case No.: 4:21-cv-365-GKF-JFJ |
| **Patty Buchanan et al.,** | |
| **Defendant(s).** | |

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

Before the Court is the Joint Motion to Reschedule Settlement Conference (Dkt. # 55) in which the Parties seek a continuance of the Settlement Conference presently set on June 27, 2023, before Adjunct Settlement Judge David R. Cordell. For good cause shown, the Court finds that the Motion should be and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Plaintiff's Settlement Conference Statement is due by October 31, 2023;

Defendant's Settlement Conference Statement is due by November 7, 2023;

Settlement Conference Rescheduled for **November 14, 2023 at 9:30 a.m.**

**IT IS FURTHER ORDERED THAT** all mandatory guidelines set forth in the Court's original Settlement Conference Order (Dkt. # 52) shall remain in effect.

**ORDERED** this 12th day of June, 2023.

_Christine D. Little_
Christine D. Little, U.S. Magistrate Judge