IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| DUNNIVEN ORLANDO PHELPS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 21-CV-365-GKF-JFJ |
| AMANDA GANN, RN, | ) |
| Defendant. | ) |

**FOURTH AMENDED SCHEDULING ORDER**

Before the Court is Defendant's Unopposed Motion to Amend Scheduling Order [Doc. 67]. For good cause shown, the Court hereby grants the Motion.

**IT IS THEREFORE ORDERED** that the following deadlines set forth in the Scheduling Order [Doc. 59] entered July 18, 2023, be extended approximately sixty (60) days as follows;

| Event | Current Deadline | New Deadline |
|---|---|---|
| Dispositive Motions and Daubert Motions | December 14, 2023 | February 14, 2024 |
| Motions in Limine | December 14, 2023 | February 14, 2024 |
| **Hearing on Dispositive Motions** | **March 14, 2024 at 1:30 p.m.** | **May 13, 2024 at 1:30 p.m.** |

**IT IS FURTHER ORDERED** that no date set by this Order may be changed except for good cause and upon written order of this Court.

DATED this 13th day of December, 2023.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE