## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUNNIVEN ORLANDO PHELPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CV-365-GKF-JFJ |
| ) | |
| AMANDA GANN, RN, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** the Plaintiff Dunniven Orlando Phelps and Defendant Amanda Gann, RN, as follows:

Plaintiff's claims against Defendant are dismissed with prejudice.

Plaintiff and Defendant shall bear their own fees and costs. This dismissal disposes of all remaining claims brought by Plaintiff in this action.

Respectfully submitted,

| | |
|---|---|
| /s/Robert M. Blakemore<br>Daniel E. Smolen, OBA #19943<br>Robert M. Blakemore, OBA #18656<br>Bryon D. Helm, OBA #33003<br>**SMOLEN & ROYTMAN**<br>701 S. Cincinnati Avenue<br>Tulsa, OK 74119<br>danielsmolen@ssrok.com<br>bobblakemore@ssrok.com<br>bryonhelm@ssrok.com<br><br>***Attorneys for Plaintiffs*** | /s/Jo Lynn Jeter<br>Joel L. Wohlgemuth, OBA #9811<br>Jo Lynn Jeter, OBA #20252<br>W. Caleb Jones, OBA #33541<br>NORMAN WOHLGEMUTH, LLP<br>401 S. Boston Ave., Suite 3200<br>Tulsa, OK 74103<br>Telephone: (918) 583-7571<br>JWohlgemuth@NWLawOK.com<br>JJeter@NWLawOK.com<br>WJones@NWLawOK.com<br><br>***Attorneys for Defendant*** |