## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUNNIVEN ORLANDO PHELPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-CV-365-GKF-JFJ |
| ) | |
| AMANDA GANN, RN, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS STIPULATED BY AND BETWEEN** the Plaintiff Dunniven Orlando Phelps and Defendant Amanda Gann, RN, as follows:

Defendant Patty Buchanan ("Buchanan") was never served with a summons or the Complaint in this matter. Buchanan never entered an appearance or otherwise filed a responsive pleading. Plaintiff's claims against Buchanan are hereby dismissed with prejudice.

This dismissal disposes of all remaining parties and claims brought by Plaintiff in this action.

Respectfully submitted,

| | |
|---|---|
| /s/Robert M. Blakemore<br>Daniel E. Smolen, OBA #19943<br>Robert M. Blakemore, OBA #18656<br>Bryon D. Helm, OBA #33003<br>**SMOLEN & ROYTMAN**<br>701 S. Cincinnati Avenue<br>Tulsa, OK 74119<br>danielsmolen@ssrok.com<br>bobblakemore@ssrok.com<br>bryonhelm@ssrok.com<br><br>***Attorneys for Plaintiffs*** | /s/Jo Lynn Jeter<br>Joel L. Wohlgemuth, OBA #9811<br>Jo Lynn Jeter, OBA #20252<br>W. Caleb Jones, OBA #33541<br>NORMAN WOHLGEMUTH, LLP<br>401 S. Boston Ave., Suite 3200<br>Tulsa, OK 74103<br>Telephone: (918) 583-7571<br>JWohlgemuth@NWLawOK.com<br>JJeter@NWLawOK.com<br>WJones@NWLawOK.com<br><br>***Attorneys for Defendant, Amanda Gann*** |